# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Morgan, Donna S. | U. S. District Court, Eastern District of Louisiana | 05/15/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active Status | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

500 Poydras St., Room C322
New Orleans, LA 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Education Committee of the Louisiana Bar Foundation |
| 2. | Member of the Board of Directors | New Orleans Chapter of the Federal Bar Association |
| 3. | Member | Community Advisory Board for Le Petit Theatre |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | McGlinchey Stafford PLLC - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Neighbors Federal Credit Union | A | Interest | K | T | | | | | |
| 2.   Iberia Bank checking accounts | A | Interest | K | T | | | | | |
| 3.   Transocean Inc | | None | J | T | Buy (add'l) | 03/19/15 | J | | |
| 4. | | | | | Buy (add'l) | 06/18/15 | J | | |
| 5. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 6.   Apache Corp | A | Int./Div. | J | T | Buy (add'l) | 02/24/15 | J | | |
| 7. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 8. | | | | | Buy (add'l) | 06/26/15 | J | | |
| 9. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 10. | | | | | Buy (add'l) | 11/24/15 | J | | |
| 11.   BHP Billiton Adr New | A | Int./Div. | J | T | Buy (add'l) | 03/31/15 | J | | |
| 12. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 13. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 14.   C H Robinson Worldwide | A | Int./Div. | J | T | Buy (add'l) | 01/02/15 | J | | |
| 15. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 16. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 17. | | | | | Buy (add'l) | 10/01/15 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fluor Corporation New | A | Int./Div. | K | T | Buy (add'l) | 01/06/15 | J | | |
| 19. | | | | | Buy (add'l) | 04/06/15 | J | | |
| 20. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 21. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 22. Deere & Co | A | Int./Div. | K | T | Buy (add'l) | 02/03/15 | J | | |
| 23. | | | | | Buy (add'l) | 05/04/15 | J | | |
| 24. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 25. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 26. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 27. Dover Corporation | A | Int./Div. | J | T | Buy (add'l) | 03/17/15 | J | | |
| 28. | | | | | Buy (add'l) | 06/16/15 | J | | |
| 29. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 30. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 31. Johnson Controls Inc | A | Int./Div. | K | T | Buy (add'l) | 01/06/15 | J | | |
| 32. | | | | | Buy (add'l) | 04/06/15 | J | | |
| 33. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 34. | | | | | Buy (add'l) | 10/05/15 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 12/16/15 | J | | |
| 36.   Kohls Corp | | None | | | Buy<br>(add'l) | 03/26/15 | J | | |
| 37. | | | | | Buy<br>(add'l) | 06/25/15 | J | | |
| 38. | | | | | Buy<br>(add'l) | 09/24/15 | J | | |
| 39. | | | | | Sold | 11/12/15 | J | | |
| 40.   Bed Bath & Beyond | | None | J | T | Buy<br>(add'l) | 12/16/15 | J | | |
| 41.   Molson Coors Brewing Co | | None | | | Buy<br>(add'l) | 03/17/15 | J | | |
| 42. | | | | | Sold | 05/15/15 | K | C | |
| 43.   C V S Caremark Corp | A | Int./Div. | K | T | Buy<br>(add'l) | 02/03/15 | J | | |
| 44. | | | | | Buy<br>(add'l) | 05/05/15 | J | | |
| 45. | | | | | Buy<br>(add'l) | 08/04/15 | J | | |
| 46. | | | | | Buy<br>(add'l) | 11/03/15 | J | | |
| 47.   Sysco Corporation | A | Int./Div. | K | T | Buy<br>(add'l) | 01/26/15 | J | | |
| 48. | | | | | Buy<br>(add'l) | 04/27/15 | J | | |
| 49. | | | | | Buy<br>(add'l) | 07/27/15 | J | | |
| 50. | | | | | Buy<br>(add'l) | 10/26/15 | J | | |
| 51.   Becton Dickinson & Co | A | Int./Div. | K | T | Buy<br>(add'l) | 01/02/15 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 53. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 54. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 55. Express Scripts Inc | | None | K | T | | | | | |
| 56. Unitedhealth Group Inc | A | Int./Div. | J | T | Buy (add'l) | 03/25/15 | J | | |
| 57. | | | | | Buy (add'l) | 06/25/15 | J | | |
| 58. | | | | | Sold (part) | 07/01/15 | J | C | |
| 59. | | | | | Buy (add'l) | 09/23/15 | J | | |
| 60. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 61. Teva Pharm Inds Ltd Adrf | A | Int./Div. | K | T | | | | | |
| 62. Bank of New York Mellon C | A | Int./Div. | K | T | Buy (add'l) | 02/17/15 | J | | |
| 63. | | | | | Buy (add'l) | 05/15/15 | J | | |
| 64. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 65. | | | | | Buy (add'l) | 11/16/15 | J | | |
| 66. Wells Fargo & Co New | A | Int./Div. | K | T | Buy (add'l) | 03/03/15 | J | | |
| 67. | | | | | Buy (add'l) | 06/02/15 | J | | |
| 68. | | | | | Buy (add'l) | 09/02/15 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 70. A F L A C Inc | A | Int./Div. | K | T | Buy (add'l) | 03/03/15 | J | | |
| 71. | | | | | Buy (add'l) | 06/02/15 | J | | |
| 72. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 73. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 74. H C P Inc | A | Int./Div. | K | T | Buy (add'l) | 02/25/15 | J | | |
| 75. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 76. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 77. | | | | | Buy (add'l) | 11/25/15 | J | | |
| 78. Cisco Systems Inc | A | Int./Div. | K | T | Buy (add'l) | 01/22/15 | J | | |
| 79. | | | | | Buy (add'l) | 04/23/15 | J | | |
| 80. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 81. | | | | | Buy (add'l) | 10/22/15 | J | | |
| 82. Visa Inc Class A | A | Int./Div. | K | T | Buy (add'l) | 03/04/15 | J | | |
| 83. | | | | | Sold (part) | 03/19/15 | J | | |
| 84. | | | | | Buy (add'l) | 06/03/15 | J | | |
| 85. | | | | | Buy (add'l) | 09/02/15 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Morgan, Donna S. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 87. Western Union Company | A | Int./Div. | J | T | Buy (add'l) | 01/02/15 | J | | |
| 88. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 89. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 90. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 91. Cognizant Tech Sol Cl A | | None | J | T | Sold (part) | 05/04/15 | K | D | |
| 92. Oracle Corporation | A | Int./Div. | J | T | Buy (add'l) | 01/29/15 | J | | |
| 93. | | | | | Buy (add'l) | 04/29/15 | J | | |
| 94. | | | | | Buy (add'l) | 07/30/15 | J | | |
| 95. | | | | | Buy (add'l) | 10/29/15 | J | | |
| 96. A T & T New | A | Int./Div. | J | T | Buy (add'l) | 02/03/15 | J | | |
| 97. | | | | | Buy (add'l) | 05/04/15 | J | | |
| 98. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 99. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 100. Entergy Corp New | A | Int./Div. | J | T | Buy (add'l) | 03/03/15 | J | | |
| 101. | | | | | Buy (add'l) | 06/02/15 | J | | |
| 102. | | | | | Buy (add'l) | 09/02/15 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 12/02/15 | J | | |
| 104.   Exelon Corporation | | None | | | Buy<br>(add'l) | 03/11/15 | J | | |
| 105. | | | | | Buy<br>(add'l) | 06/11/15 | J | | |
| 106. | | | | | Buy<br>(add'l) | 09/11/15 | J | | |
| 107. | | | | | Sold | 09/29/15 | J | A | |
| 108.   Ally Bk Gmac | | None | | | Sold | 08/27/15 | J | | |
| 109.   Ally Bank CD | | None | | | Sold | 08/31/15 | J | | |
| 110.   Salle Mae Bank CD | A | Int./Div. | K | T | | | | | |
| 111.   Bank of Baroda CD | A | Int./Div. | K | T | | | | | |
| 112.   Discover Bank CD | A | Int./Div. | K | T | Buy<br>(add'l) | 03/31/15 | K | | |
| 113.   BMW Bank North America C | A | Int./Div. | K | T | | | | | |
| 114.   GE Cap Bk Instl CD | A | Int./Div. | K | T | | | | | |
| 115.   GE Cap Retail Bank | A | Int./Div. | K | T | | | | | |
| 116.   CIT Bank CD | A | Int./Div. | K | T | | | | | |
| 117.   Schwab Govt Money Fund | A | Interest | K | T | | | | | |
| 118.   Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 119.   Halliburton Co Hldg Co | A | Int./Div. | J | T | Buy<br>(add'l) | 03/26/15 | J | | |

| 1 Income Gain Codes:<br>   (See Columns B1 and D4)<br>2 Value Codes<br>   (See Columns C1 and D3)<br><br>3 Value Method Codes<br>   (See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
| --- | --- |
| Morgan, Donna S. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 06/25/15 | J | | |
| 121. | | | | | Buy<br>(add'l) | 06/26/15 | J | | |
| 122. | | | | | Buy<br>(add'l) | 09/24/15 | J | | |
| 123. | | | | | Buy<br>(add'l) | 12/28/15 | J | | |
| 124. Nucor Corp | A | Int./Div. | J | T | | | | | |
| 125. Pepsico Incorporated | A | Int./Div. | K | T | Buy<br>(add'l) | 01/08/15 | J | | |
| 126. | | | | | Buy<br>(add'l) | 04/01/15 | J | | |
| 127. | | | | | Buy<br>(add'l) | 07/01/15 | J | | |
| 128. | | | | | Buy<br>(add'l) | 10/01/15 | J | | |
| 129. Berkshire Hathaway Cl B | | None | K | T | | | | | |
| 130. Apple Computer Inc. | A | Int./Div. | K | T | | | | | |
| 131. Vodafone Group Plc | A | Int./Div. | J | T | | | | | |
| 132. ITC Holding Corp | A | Int./Div. | J | T | | | | | |
| 133. Kinder Morgan Inc. | | None | | | Sold | 01/02/15 | K | D | |
| 134. United Technologies Corp | A | Int./Div. | K | T | Buy<br>(add'l) | 03/11/15 | J | | |
| 135. | | | | | Buy<br>(add'l) | 06/11/15 | J | | |
| 136. | | | | | Buy<br>(add'l) | 09/11/15 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 12/11/15 | J | | |
| 138. | | | | | Buy<br>(add'l) | 12/16/15 | J | | |
| 139.  TJX Cos Inc | A | Int./Div. | K | T | Buy<br>(add'l) | 03/06/15 | J | | |
| 140. | | | | | Buy<br>(add'l) | 06/05/15 | J | | |
| 141. | | | | | Buy<br>(add'l) | 09/04/15 | J | | |
| 142. | | | | | Buy<br>(add'l) | 12/04/15 | J | | |
| 143.  Urban Outfitters Inc. | | None | | | Sold | 11/16/15 | J | | |
| 144.  Fossil Group Inc. | | None | | | Buy<br>(add'l) | 09/25/15 | J | | |
| 145. | | | | | Sold | 11/16/15 | J | | |
| 146.  Amgen Incorporated | A | Int./Div. | K | T | Buy<br>(add'l) | 03/09/15 | J | | |
| 147. | | | | | Buy<br>(add'l) | 06/08/15 | J | | |
| 148. | | | | | Buy<br>(add'l) | 09/09/15 | J | | |
| 149. | | | | | Buy<br>(add'l) | 12/08/15 | J | | |
| 150.  Baxter International Inc. | A | Int./Div. | K | T | Buy<br>(add'l) | 09/25/15 | J | | |
| 151.  PNC Finl Services Gp Inc | A | Int./Div. | K | T | | | | | |
| 152.  UPS of America | B | Int./Div. | K | T | | | | | |
| 153.  Boeing Company | B | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  Goldman Sachs Bank CD | B | Int./Div. | L | T | | | | | |
| 155.  GE Capital Bank CD | A | Int./Div. | K | T | Buy<br>(add'l) | 09/25/15 | K | | |
| 156.  Toronto Dominion Bank | A | Int./Div. | K | T | Buy | 12/16/15 | K | | |
| 157.  Grainger W W Inc. | A | Int./Div. | J | T | Buy | 05/15/15 | K | | |
| 158. | | | | | Buy<br>(add'l) | 09/02/15 | J | | |
| 159. | | | | | Buy<br>(add'l) | 12/02/15 | J | | |
| 160.  Mc Cormick & Co Inc. N-Vt | A | Int./Div. | K | T | Buy | 05/18/15 | K | | |
| 161. | | | | | Buy<br>(add'l) | 07/28/15 | J | | |
| 162. | | | | | Buy<br>(add'l) | 10/28/15 | J | | |
| 163.  Qualcomm Inc. | A | Int./Div. | J | T | Buy | 03/31/15 | K | | |
| 164. | | | | | Buy<br>(add'l) | 06/25/15 | J | | |
| 165. | | | | | Buy<br>(add'l) | 09/24/15 | J | | |
| 166. | | | | | Buy<br>(add'l) | 12/21/15 | J | | |
| 167.  South 32 Ltd ADR | | None | | | Buy | 05/18/15 | J | | |
| 168. | | | | | Sold<br>(part) | 05/29/15 | J | | |
| 169. | | | | | Sold | 09/17/15 | J | | |
| 170.  Potash Corp Sask Inc. | A | Int./Div. | J | T | Buy | 06/26/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  Emerson Electric Co | A | Int./Div. | K | T | Buy | 09/25/15 | J | | |
| 172. | | | | | Buy<br>(add'l) | 12/11/15 | J | | |
| 173.  Genuine Parts Co. | A | Int./Div. | K | T | Buy | 12/16/15 | K | | |
| 174.  Procter & Gamble Co | A | Int./Div. | K | T | Buy | 06/26/15 | K | | |
| 175. | | | | | Buy<br>(add'l) | 08/18/15 | J | | |
| 176. | | | | | Buy<br>(add'l) | 11/17/15 | J | | |
| 177.  Johnson & Johnson | A | Int./Div. | K | T | Buy | 09/25/15 | K | | |
| 178. | | | | | Buy<br>(add'l) | 12/09/15 | J | | |
| 179.  IAC/InterActiveCorp | A | Int./Div. | K | T | Buy | 12/16/15 | K | | |
| 180.  Baxalta Inc. | A | Int./Div. | J | T | | | | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII; LINE 181:

ON JUNE 5, 2015 BAXTER INTERNATIONAL INC. ANNOUNCED THAT ITS BOARD OF DIRECTORS APPROVED THE SEPARATION OF ITS BIOPHARMACEUTICALS BUSINESS, BAXALTA INCORPORATED. FOR EACH SHARE OF BAXTER COMMON STOCK HELD OF RECORD AS OF THE CLOSE OF BUSINESS ON JUNE 17, 2015, BAXTER SHAREHOLDERS RECEIVED ONE SHARE OF BAXALTA STOCK. DUE TO THIS SPECIAL DIVIDEND, 185 SHARES OF BAXALTA STOCK IS NOW BEING INCLUDED IN THE 2015 FINANCIAL DISCLOSURE REPORT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donna S. Morgan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544